IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SARAH CHERMAK,

    Plaintiff,

    v.

JUDGE PEGGY L. MILLER, Circuit Judge,
Marinette County Circuit Court,

    Defendant.

ORDER

Case No. 26-cv-637-jdp

---

Plaintiff Sarah Chermak has filed a proposed civil complaint.  Plaintiff seeks to commence this lawsuit without prepaying the $405 filing fee and has filed an affidavit of indigency in support of the request.  *See* dkt. 2.

From June of 2024 through December of 2025, plaintiff was a paid caregiver for her sister. In 2025, her income was $83,139.  Following a brief period of unemployment, plaintiff started a new job in May earning $1,896 a month.  Plaintiff answered "yes" to a question about receiving gifts or inheritances, but left the amount blank.  She also has a retirement account containing an unspecified amount.  Her debts and obligations include approximately $2,500 a month on rent, food, transportation, and other basic living expenses, and an unpaid civil judgment "arising from the vehicle that is the subject of this complaint."  *See* dkt. 2 at 3.

Having considered plaintiff's income, assets, debts, and other obligations, the court finds that her financial situation does not warrant a determination of indigency.  Since January of 2025, plaintiff has earned approximately $90,000 from all sources, including caregiving, unemployment compensation, and her current job.  She has not disclosed the amounts of any gifts, inheritances, or her retirement account, but those are other assets she could access to pay the filing fee.  The court understands that her caregiving income ended in 2025, but the filing fee represents less than 0.5% of her 2025 income.  Plaintiff has earned too much money to be considered indigent.

ORDER

IT IS ORDERED that plaintiff Sarah Chermak's motion for leave to proceed without prepayment of the filing fee is DENIED.  Plaintiff must pay the $405 fee by August 21, 2026.  If plaintiff fails to do so, then I will assume that plaintiff wishes to withdraw this action voluntarily and the case will be dismissed without prejudice.

Entered this 22nd day of July, 2026.

BY THE COURT:

_____s/_____
ANDREW WISEMAN
U.S. Magistrate Judge